**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

JEFFREY PAUL WALZ

Plaintiff,

vs. CV 01-1858 RHK/RLE

UNITED STATES OF AMERICA,

Defendant.

**NOTICE OF MOTION TO DISMISS**

The Motion to Dismiss is scheduled for Friday, March 15, 2002, at 9:30 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, **St. Paul**.

March 7, 2002

RICHARD D. SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht

Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

Filed MAR 07 2002
Richard D. Sletten, Clerk

By: ______________________