**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Jeffrey Paul Walz,

Plaintiff,

Civil No. 01-1858 (RHK/RLE)

vs.

**ORDER**

United States of America,

Defendant.

---

The Court has now had an opportunity to review the parties' submissions in support of, and in opposition to, the Defendant's Motion to Dismiss. That review satisfies the undersigned that oral argument would not materially assist the Court in resolving the pending Motion.

Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. The March 15, 2002 hearing is **CANCELED**;
2. The Motion will be deemed submitted for resolution as of March 15; and
3. The parties will be notified of the Court's decision in due course.

Dated: March 11, 2002

RICHARD H. KYLE
United States District Judge

FILED MAR 11 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK