# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jeffrey Paul Walz

Case No. Civil 01-1858RHK/RLE

v.

**JUDGMENT IN A CIVIL CASE**

United States of America

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendant's motion to dismiss is **GRANTED** and plaintiff's complaint is **DISMISSED WITH PREJUDICE.**

DATE: March 22, 2002

RICHARD D. SLETTEN, CLERK

______________________________

Denise La Fond, Deputy Clerk

10